United States District Court
District of Massachusetts

| | |
|---|---|
| Paisley Park Enterprises, Inc. and Comerica Bank & Trust, N.A. as Personal Representative for the Estate of Prince Rogers Nelson,<br><br>    Plaintiffs,<br><br>    v.<br><br>George Ian Boxill, Rogue Music Alliance, LLC and Deliverance, LLC<br><br>    Defendants. | Miscellaneous Action No. 18-91058-NMG |

ORDER

GORTON, J.

The dispute in this case arises from a subpoena issued in a case now pending in the United States District Court for the District of Minnesota, <u>Paisley Park Enterprises, Inc. et al.</u> v. <u>Boxill et al.</u>, No. 17-cv-1212. In that case, Paisley Park Enterprises and the estate of Prince Rogers Nelson (collectively "the plaintiffs") allege that defendants George Ian Boxill, Rogue Music Alliance ("RMA") and Deliverance, LLC (collectively "the defendants") wrongfully possessed and distributed musical recordings belonging to the plaintiffs.

-1-

In January, 2018, plaintiffs served Attorney Christopher Brown ("Brown" or "respondent"), who is licensed to practice law in Massachusetts, with a subpoena pursuant to Fed. R. Civ. P. 45 to compel deposition testimony. After Attorney Brown informed plaintiffs' counsel that he would not attend the scheduled deposition, plaintiffs initiated this miscellaneous action in this District and filed a motion 1) to compel Attorney Christopher Brown to appear for a deposition, 2) to hold Brown in contempt for failing to comply with plaintiffs' subpoena, and 3) to award plaintiffs attorney's fees incurred in bringing this motion. On February 20, 2018, Brown filed his opposition and cross motion to quash the subpoena.

After consideration of the memoranda filed by plaintiffs, defendants and Attorney Brown and the oral arguments of plaintiffs' counsel, Attorney Friedemann, and Attorney Brown on February 22, 2018

1) plaintiffs' motion to compel Attorney Brown to appear for his deposition (Docket No. 1) is **ALLOWED**; the deposition will be conducted in the district of Massachusetts on or before Friday, March 9, 2018,

2) plaintiffs' motion to hold Attorney Brown in contempt and to award plaintiff attorneys' fees (Docket No. 1) is **HELD IN ABEYANCE** pending the completion of the subject deposition, and

3) Attorney Brown's cross motion to quash the subpoena

(Docket No. 10) is **DENIED**.

**So ordered.**

_/s/ Nathaniel M. Gorton_
Nathaniel M. Gorton
United States District Judge

Dated February 22, 2018